Report Date: March 25, 2020

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tamayo Sicairos-Hernan     Case Number: 0980 4:20CR06014-SMJ-1

Address of Offender: Benton County Jail

Name of Sentencing Judicial Officer: The Honorable Cindy K. Jorgenson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: September 22, 2016

| | | |
|---|---|---|
| Original Offense: | Re-Entry of a Removed Alien, 8 U.S.C. § 1326(a) and (b)(2) | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Burson | Date Supervision Commenced: December 27, 2017 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: December 26, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Special Condition # 1**: If deported, you shall not re-enter the United States without legal authorization.

       **Supporting Evidence**: Mr. Sicairos-Hernan is considered to be in violation of his conditions of supervised release by returning to the United States without legal authorization on or before February 25, 2020.

       Mr. Sicairos-Hernan was released from the Bureau of Prisons on December 27, 2017. He was deported on this date through the Laredo, Texas, border. According to the indictment, under cause number 20-CR-06013-1, Mr. Sicairos-Herman was found in the Eastern District of Washington on February 25, 2020, and did not have the express consent of the Attorney General or the Attorney General's successor, the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

| | | |
|---|---|---|
| | 2 | **Standard Condition # 1**: You shall not commit another federal, state, or local crime during the term of supervision. |

**Supporting Evidence**: Mr. Sicairos-Hernan is considered to be in violation of his conditions of supervised release by being charged with Alien in the United States After Deportation, cause number 20-CR-06013, on or about February 25, 2020.

Mr. Sicairos-Hernan was released from the Bureau of Prisons on December 27, 2017. He was deported on this date through the Laredo, Texas, boarder. According to the indictment, he was found in the Eastern District of Washington on February 25, 2020, and did not have the express consent of the Attorney General or the Attorney General's successor, the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/25/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

03/25/2020
Date